UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSHUA B. WHITAKER,

    Plaintiff,

v.                                       CASE NO.  5:18cv51-MCR/MJF

UNITED STATES OF AMERICA,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 27, 2019.  ECF No. 115.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.	Defendant's Motion for Summary Judgment, ECF No. 44, is **GRANTED** and Plaintiff's Motion for Summary Judgment, ECF No. 56, is **DENIED**.

3.	The clerk of court is directed to enter judgment in favor of Defendant on Plaintiff's claims.

4.	The clerk of the court shall close the case file

**DONE AND ORDERED** this 26th day of September 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

Case No. 5:18cv51-MCR/MJF